UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODRIGUEZ,<br><br>             Plaintiff,<br><br>v.<br><br>ATLANTIC CREDIT AND FINANCE, INC., et al.,<br><br>             Defendants. | Case No. 10-CV-1285-BEN (JMA)<br><br>**ORDER SCHEDULING SETTLEMENT/ CASE MANAGEMENT CONFERENCE** |

The Court convened an Early Neutral Evaluation Conference telephonically on September 29, 2010.

**IT IS HEREBY ORDERED** that a Settlement/Case Management Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **November 1, 2010** at **2:00 p.m.**, Room 1165, United States Courthouse, 940 Front Street, San Diego, California 92101-8928.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference**. **<u>The individual(s) present at the Settlement/Case Management Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to: 1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G.*</u>**

1  ***Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)),**
2  **2) change the settlement position of a party during the course of the conference**
3  **(*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3)**
4  **negotiate a settlement without being restricted by any predetermined level of**
5  **authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**
6        Governmental entities may appear through litigation counsel only.  As to all other
7  parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside
8  corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the
9  authority to negotiate and enter into a settlement.  **The failure of any counsel, party or**
10 **authorized person to appear at the Settlement/Case Management Conference as**
11 **required shall be cause for the immediate imposition of sanctions.**  All conference
12 discussions will be informal, off the record, privileged, and confidential.
13       **IT IS SO ORDERED.**
14 DATED:  September 29, 2010

                                        _____
                                        Jan M. Adler
                                        U.S. Magistrate Judge